EXHIBIT 26

## Claim Chart for Infringement of U.S. Patent No. 7,376,129
## Zoom Video Communications, Inc.'s Zoom Phone

| Claim No. | Asserted Claim Element | Zoom Phone Infringement Analysis |
|---|---|---|
| 22 | A program storage device readable by machine, tangibly embodying a program of instructions executable by the machine to perform method steps for enabling voice over Internet for computer applications, the method comprising: | Zoom makes, uses, sells, offers to sell and/or imports the Zoom Phone, which utilizes a program storage device to enable voice over Internet Protocol ("VoIP") for computer applications.<br><br>Zoom uses a combination of cloud services and/or global data centers with servers in a server network (i.e., program storage devices) which implement the VoIP functions of the Zoom Phone. These physical devices, collectively the global server network has intelligent routing that minimizes the risk of server outages, which keeps communications online and enable Zoom Phone's VoIP services for computer applications.<br><br>As the new player on the block, Zoom has had to build its infrastructure from the ground up, unlike competing services from Microsoft (Teams), Google (Meet) and Cisco (Webex) that rise atop massive global networks.<br><br>The company currently uses 17 data centers around the world to manage its data traffic, as well as major cloud computing platforms.<br><br>"At Zoom we use a mix of cloud technologies as well as our own data centers to help deliver the service," said Brendon Ittelson, Chief Technology Officer at Zoom, in a recent video. "We do use AWS, Oracle Cloud Infrastructure and Azure as well as our global data center network of colocation (sites) that we manage." |

**CONFIDENTIAL**

*See* Rich Miller, *Inside Zoom's Infrastructure: Scaling Up Massively With Colo and Cloud*, DATA CENTER FRONTIER (May 22, 2020), https://datacenterfrontier.com/inside-zooms-infrastructure-scaling-up-massively-with-colo-and-cloud/.

How secure is Zoom Phone?                                                                    ⊗

Zoom Phone uses security and encryption features to help provide secure, reliable communications for your business VoIP needs. Zoom utilizes TLS 1.2 and AES 256-bit encryption, and our systems help enable SOC2®, HIPAA® & Fedramp® compliance. Our global server network with intelligent routing minimizes the risk of geographical server outages, keeping your communications online 24/7.

# Why Switch to Zoom Phone?

Zoom Phone is a business phone service that enables firms of any size to thrive in the business communications world of today, while preparing for the workplace of tomorrow. Zoom Phone utilizes Voice Over Internet Protocol (VoIP) technology, utilizing your existing internet connection to make calls.

*See Small Business VoIP Service Made Easy*, ZOOM (last visited May 13, 2022), https://explore.zoom.us/en/small-business-phone-service/.

This program is readable by machines including desktop phones, USB phones, headsets, desktop computers, smartphones, tablets, conference phones, and video phones in order to connect calls with users other telephone networks. These other telephone networks include VOIP, landline, or cellular service.

2
**CONFIDENTIAL**

## How does VoIP phone service work?

In order to use VoIP technology for your business, you first need to subscribe to a VoIP phone service. A VoIP phone service runs the servers that host calls and utilize SIP (Session Initiation Protocol) technology to connect calls to other telephone networks. This allows for VoIP calls to be conducted with users on any phone network, whether they are using VoIP, traditional landline, or cellular service.

## Types of VoIP phones

Voice over IP technology is extremely versatile. The technology can be used on traditional desktop phones, USB headsets, conference phones, cellphones, and virtually any computer, smartphone or tablet capable of downloading an app.

Businesses interested in switching to VoIP desk phones can purchase their own compatible equipment, or even subscribe to VoIP phone hardware as a service directly from Zoom.

*See* *VoIP* *Service* *from* *Zoom*, ZOOM (last visited May 13, 2022), https://explore.zoom.us/en/voip-service/.

3
**CONFIDENTIAL**



### Standard desktop phones

Desk IP phones look and function similarly to traditional office phones. The difference is that they connect via ethernet cables and transmit voice calls using VoIP.

Businesses VoIP desk phones offer the widest range of available features. Most have LCD screens displaying important information, including caller ID. More advanced models have full-color touchscreens for advanced productivity, and can handle upwards of a dozen unique phone lines. Some models feature Bluetooth® technology, allowing the user to utilize wireless headsets.



### USB phones

USB phones are simple devices that plug directly into your computer via USB. These devices provide a straightforward and affordable VoIP phone solution for small business users.

USB phones do not generally have LCD screens or any advanced features. Call management is typically handled via the computer that the USB phone is connected to. USB phones are generally used alongside "softphones", explained below.



### Softphones

Softphones are virtual phones that exist on a software app that's installed on your computer, smartphone or tablet. They are not tied to any physical location, and therefore provide substantial versatility.

Softphones can be used in combination with physical devices, such as headsets or USB phones. Many businesses simply run softphones on the desktop computers, paired with USB or Bluetooth® headsets.



### Conference phones

VoIP conference phones are designed to improve sound quality during conference calls. The devices have multiple microphones, and each microphone is electronically balanced to improve call clarity.

Conference phones are often V- or Y-shaped, and have two to three separate audio speakers. The distinct speakers, combined with digital balancing, ensure that each voice in the room is transmitted clearly.

4
**CONFIDENTIAL**



### Video phones

Video phones are similar to standard desktop phones. The only difference is that they feature a built-in or USB-based camera along with a larger, full-color screen that's perfect for video calling.

With the popularity of software-based video calling, many business owners find dedicated video phones to be unnecessary. However, they can still be a useful addition for certain industries.

*See What is a VoIP Phone?*, Zoom (last visited May 13, 2022), https://explore.zoom.us/en/what-is-voip-phone/.

33184347.v1

*See Using Zoom Phone with Managed SIP/H.323 Devices,* ZOOM (last updated April 28, 2022), https://support.zoom.us/hc/en-us/articles/4403484662157-Using-Zoom-Phone-with-managed-SIP-H-323-devices

6
**CONFIDENTIAL**

# How to use Zoom Phone with Android

Tap **Phone** to use Zoom Phone features.

**Note**: Zoom Phone license required.

- Keypad icon ⠿ **Call a number or contact** using your direct phone number or company number.
- **History** tab: View your **call log** showing answered, missed, and recorded calls.
- **Voicemail** tab: Play and delete **voicemail messages**.
- **Lines** tab: View any **lines** you have access to.
- **SMS** tab: View any **SMS messages** you have sent or received.
  - Compose icon 🖉: Start a new SMS message.

*See Getting Started with Android,* ZOOM *(last updated Feb 8, 2022),* https://support.zoom.us/hc/en-us/articles/200942759-Getting-started-with-Android.

**CONFIDENTIAL**

# Getting started with iOS

Last Updated: May 23, 2022

This article gives a summary of the Zoom features available on iOS. Using the Zoom mobile app on iOS, you can join meetings, schedule your own meetings, chat with contacts, and view a directory of contacts.

**Note**: Some features may not be available due to license or add-on restrictions. Please refer to feature specific articles for more info about prerequisites and configuration.

This article covers:

- Sign in and Join
- How to navigate the Zoom mobile app (iOS)
  - Meet & Chat tab
  - Phone tab
  - Meetings tab
  - Contacts tab
  - More tab
- Permissions requested by the Zoom mobile app

*See   Getting   Started   With   iOS,* Zoom   (last   updated   Dec.   15,   2021), https://support.zoom.us/hc/en-us/articles/201362993-Getting-started-with-iOS.

8
**CONFIDENTIAL**

## Overview

The Zoom Phone quick start guide assists end users with setting up your Zoom Phone account and using essential features like making calls and checking voicemail. Read this quick start guide for a quick summary of the features and click the embedded links to learn more.

**Note**:

- Not all features are available across all platforms, see our **Zoom Phone features comparison** for more information.
- Zoom supports secure voice calls across all supported devices, desktop, and mobile clients. Learn more about **Zoom Phone encryption**.

*See Getting started with Zoom Phone (users)*, Zoom (last updated Mar. 22, 2022), https://support.zoom.us/hc/en-us/articles/360028936531-Getting-started-with-Zoom-Phone-users-.

Zoom also sells hardware devices that enable users to access the Zoom Phone technology through Zoom's Hardware as a Service ("HaaS").

Zoom's Hardware as a Service (HaaS) gives businesses of all sizes a streamlined method of providing their workforce with IP technology. Whether equipping conference rooms, business centers, hot desks, lobbies, or anything in between, Zoom's HaaS provides the range and reach to let businesses connect anywhere.

9
**CONFIDENTIAL**

## What is Zoom's HaaS?

Our HaaS program provides access to Zoom Phone and Zoom Rooms hardware solutions through a subscription service. This enables organizations to outfit their employees with leading conference room and enterprise phone technology and scale these solutions, all for a fixed monthly rate.

All HaaS solutions are supported by Zoom, offering a consistent, reliable experience for customers. IT leaders can also add professional and managed services to their subscription, providing organizations with hassle-free installation and enhanced end-to-end management from our professional services teams.

## A wide range of solutions and options

Hardware subscription services have existed for several years in the unified communications industry. In our approach to creating our hardware subscription service, we chose to work with industry-leading manufacturers and add their most popular products to the service, including AudioCodes, DTEN, Neat, Poly, and Yealink.

With such a wide range of providers, organizations and end-users can choose from a wide range of products to meet their diverse needs. All hardware offered through our Hardware as a Service program has gone through comprehensive testing and review to help provide a seamless and secure communications experience through our Zoom Certified program.

Our team works alongside established third-party labs and hardware partnerships to extensively test Zoom Certified hardware. Certified hardware solutions receive the Zoom Certified badge, letting our customers know that each hardware solution meets our rigorous standards.

*See* Jeff Fox, *How Zoom's Hardware as a Service Lets You Connect Anywhere*, ZOOM (Nov. 12, 2021), https://blog.zoom.us/zooms-hardware-as-a-service-connect-anywhere/.

33184347.v1



*See How Zoom's Hardware as a Service Lets You Connect Anywhere* (last visited Feb 18, 2022), https://blog.zoom.us/zooms-hardware-as-a-service-connect-anywhere/#:~:text=Zoom's%20Hardware%20as%20a%20Service%20(HaaS)%20gives%20businesses%20of%20all,to%20let%20businesses%20connect%20anywhere

33184347.v1

|  |  | Zoom's Hardware as a Service includes hardware that reads and implements Zoom Phone platform software.<br><br><br><br>*See Zoom Hardware as a Service Product page,* Zoom (last visited May 27, 2022), https://explore.zoom.us/en/hardware-as-a-service/. |
|  | registering session initiation protocol (SIP) as a system service; | The Zoom Phone program enables Zoom accounts and devices to register a session initiation protocol (SIP) as a system service.<br><br>For example, Zoom Phone supports SIP-connected audio that allows telephone users to participate in Zoom meetings by establishing a SIP trunk. Further, the Zoom Phone allows |

12

**CONFIDENTIAL**

users to call-in and call-out to meetings, and designate calls to and from certain countries. Further, through the Zoom Cloud Meetings application, Zoom accounts can call SIP devices and begin meetings with the SIP devices through the SIP devices' URI or IP address.

## Scalable and Trusted Communications

### Global Coverage

Zoom Phone was built for the cloud on a single communications architecture, designed with resiliency in mind.

Learn more about the Zoom Phone Global Network

### Secure Communications

Zoom Phone enables secure voice calls across all supported devices.

Whether you are on a desktop or mobile client, have confidence with standards-based SIP over TLS 1.2 and Advanced Encryption Standard (AES) 256-bit GCM for calling.

Learn more about Zoom security

### Trusted Architecture

Zoom Phone is secure and compliant with major standards and certifications, regardless of whether you are calling, provisioning, or managing your environment.

Learn more about Zoom's certifications

*See* *Zoom* *Phone,* ZOOM (Last visited May 13, 2022) https://explore.zoom.us/en/products/zoom-phone/.

13
**CONFIDENTIAL**

**All About SIP-Connected Audio**

With SIP-connected audio, we establish a SIP trunk (a network connection specifically designed to make and deliver phone calls) over a direct and private connection between the customer's network and the Zoom cloud. Meeting participants that dial into a meeting or have the meeting call them, and are "on net" from the perspective of the customers IP telephony network, will be connected over this trunk rather than over the Public Switched Telephone Network (PSTN aka phone lines). This connection is secure and reliable, and saves money compared to PSTN rates and fees.

Zoom is very flexible in our support for SIP-connected audio. We can easily combine SIP-connected audio with Zoom PSTN dial-in and call-out services in order to cover all your phone users around the globe. Now Zoom can intelligently control which calls will traverse the SIP trunk, and can support call-out to internal extension-only phones. For example, you can designate that calls to and from specific countries go over the SIP trunk. And because we are standards based, we are not prescriptive about what brand of communications manager or border elements are used in the customer's network, or which telecommunications vendor the customer may choose for establishing the direct connection between our network and yours. This feature is available as part of our Enhanced Audio plan.

*See* Walt Anderson, *Zoom Releases SIP-Connected Audio & Other New Audio Features*, ZOOM (Aug. 29, 2018), https://blog.zoom.us/zoom-releases-sip-connected-audio-other-new-audio-features/.

33184347.v1

## Meet & Chat

After signing in, tap **Meet & Chat** for these meeting features:

- **New Meeting** : **Start an instant meeting** using your **PMI** or a new meeting ID. Learn about **in-meeting controls for hosts**.
- **Join** : **Join a meeting** using the meeting ID. Learn about **in-meeting controls for attendees**.
- **Schedule** : Schedule a **one-time** or **recurring** meeting.
- **Share Screen** : Enter a sharing key or meeting ID to **share your device screen to a Zoom Room**.
- **Call a Room** : Call a H.323 or SIP device and begin a meeting with that device. This requires an additional add-on for the account and the H.323/SIP device's IP address or URI.
- **Starred**: View and start a chat with your starred **contacts** and **channels**.
- Tap your name to use your **personal chat space**.
- Other contacts and chat channels will follow

*See Getting Started With iOS,* Zoom (last updated Dec. 15, 2021), https://support.zoom.us/hc/en-us/articles/201362993-Getting-started-with-iOS.

15
**CONFIDENTIAL**

# How to use the Meet & Chat features with Android

After signing in, tap **Meet & Chat** for these meeting features:

- **New Meeting** : **Start an instant meeting** using your **PMI** or a new meeting ID. Learn about **in-meeting controls for hosts**.
- **Join** : **Join a meeting** using the meeting ID. Learn about **in-meeting controls for attendees**.
- **Schedule** : Schedule a **one-time** or **recurring** meeting.
- **Share Screen** : Enter a sharing key or meeting ID to **share your device screen to a Zoom Room**.
- **Call a Room** : Call a H.323 or SIP device and begin a meeting with that device. This requires an additional add-on for the account and the H.323/SIP device's IP address or URI.
- **Starred**: View and start a chat with your starred **contacts** and **channels**.
- Tap your name to use your **personal chat space**.
- Other contacts and chat channels will follow

*See Getting Started with Android,* ZOOM (last updated Feb 8, 2022), https://support.zoom.us/hc/en-us/articles/200942759-Getting-started-with-Android.

**CONFIDENTIAL**

33184347.v1

## Zoom Phone security features

**Encryption:**

- **256-bit AES-GCM encryption**: We use 256-bit AES-GCM encryption as our standard for real-time content and media, which applies to data in transit across Zoom Meetings and Chat, Zoom Video Webinars, meetings occurring via Zoom Rooms, and Zoom Phone data transmitted over the public internet

- **End-to-end encryption (E2EE) for Zoom Phone (coming soon):** Previously only available in Zoom Meetings, our E2EE offering will be extended to Zoom Phone this year. Zoom Phone users making on-net calls on the Zoom Phone network will have a new option to upgrade to E2EE during one-on-one, intra-account phone calls that occur via the Zoom client.

- **TLS encryption**: During SIP registration, Zoom Phone leverages TLS encryption.

*See* Sonali Karnik, *Answering the Call: How Zoom Phone Helps Keep Your Communications Secure and Compliant*, ZOOM (Jan. 6, 2022), https://blog.zoom.us/zoom-phone-communications-secure-and-compliant/.

The Zoom Phone is also integrated with SIP Phone features and allows users to choose a transport protocol, including UDP, TLS, or TCP, to register SIP phones to use PBX.

17
**CONFIDENTIAL**

## How to configure a Zoom Room to use PBX

To configure a Zoom Room to use PBX for incoming and outgoing calls:

1. Sign in to the Zoom web portal.

2. Click **Room Management** then click **Zoom Rooms**.

3. Click **Edit** (on the **Rooms** tab) next to the room you want to configure.

4. Click **Phone Integration**, then click the ⬤ next to **SIP Phone Integration** to begin the configuration.

5. Choose the **Transport protocol** (UDP, TLS, or TCP) and enter the information in the other required and optional fields on the page, then click **Save**.
   **Note:** If you are uncertain about how to complete this page, contact your IT support engineer.

6. A confirmation message appears at the top of the page, letting you know that your SIP phone has been successfully registered.

*See Zoom Rooms PBX Support*, ZOOM (last updated Jan. 7, 2022), https://support.zoom.us/hc/en-us/articles/215537603-Zoom-Rooms-PBX-Support.

Further, through the "Register to Zoom" feature, the Zoom Phone allows for one-button push setup to register a SIP protocol directly to Zoom's interop backend. This feature is available to all enabled devices; further, SIP protocols are at least enabled for endpoints, which allows users to set up calendars in order to enable to one-button push feature for joining meetings.

| | | **General SIP Call Control Registration options** |
|---|---|---|
| | | The options available under SIP Call Control Registration is dependent on the device being provisioned. If the setting is disabled, the endpoint will not use SIP protocols for calling. By default, however, the following options are available to all devices when enabled: <br><br> • **Enabled, not registered**- The SIP protocol has been enabled for the endpoint, but not registered directly to the Zoom interop provisioning backend. This setting is most commonly used and will be easy to set up first. In this mode, users will be required to set up calendars to enable one button to push join for meetings. <br> • **Register to Zoom**- Enables one button to push by setting up the device to register it's SIP protocol directly to the Zoom interop backend. <br> • **Not provisioned by Zoom**- Allows the SIP line to not be touched by the API connector. It will preserve the original settings or any new settings that the endpoint requires to be used. <br> • **Register to 3rd Party**- Allows for the SIP line to be registered to an existing SIP provider which will preserve the device's original SIP line settings. Commonly used in applications where the SIP protocol is used for PBX dialing. This will be SIP line 1 registered to the third party. <br><br> *See Managing Provisioned SIP/H.323 Rooms*, ZOOM (last updated Feb. 28, 2022), https://support.zoom.us/hc/en-us/articles/360043760172-Managing-provisioned-SIP-H-323-rooms. |
| | providing SIP service through an application programming interface (API) to permit access to service functions by individual software applications by | The Zoom Phone performs the step of providing SIP service through the API Room Connector for SIP/H.323 devices. <br><br> The API Room Connector allows users to register and configure SIP/H.23 managed devices to join Zoom meetings, manage in-meeting device experience, and use one-touch calendar integration to quickly join meetings, restart API connectors, and mute/unmute synching with client devices. |

33184347.v1

| | |
|---|---|
| recognizing SIP links within the application and highlighting the SIP link in a user interface of the application to permit users to select SIP links to enable voice over Internet service within the software application; | **Enhanced Zoom Connector for SIP/H.323 devices**<br><br>Last Updated: December 11, 2021<br><br>Note: Starting January 18, 2021, new accounts provisioned with Cloud Room Connector licenses will automatically have access to the new enhanced API Room Connector for SIP/H.323 devices. If your account was provisioned a CRC license after January 18, use our enhanced room provisioning and management instructions for managing and deploying new rooms.<br><br>The Zoom Connector Enhancement program is an architectural update of the Zoom Cloud Room Connector (CRC) management service. The current system has been re-built to become more scalable, enable new features, and become consistent with the Zoom web application framework.<br><br>The CRC Interop Service is responsible for: Registering and configuring SIP/H.323 managed devices (e.g. Cisco, Poly, Lifesize, etc.) to join Zoom Meetings, manage in-meeting device experience, and utilize one-touch calendar integration for quick joining of meetings.<br><br>It is recommended that customers preparing for Microsoft's retirement of Basic Authentication should migrate to the updated Zoom Connector as soon as possible to take advantage of OAuth authentication for Calendar Integration. |

33184347.v1

## Additional features and enhancements

**Improved interface**- The improved management interface allows for easier yet more comprehensive device management.

**Restart API connectors remotely**- While the current room management API connector must be restarted locally, the enhanced API connector can be remotely restarted within the web portal. This can be useful when troubleshooting issues by admins of the Zoom account, especially if they do not have access to the local device or virtual machine the API connector is running on.

**Unified calendar integration**- The enhanced Zoom Connector utilizes a unified calendar integration API, which allows management sharing and management of calendar integration services between your SIP/H.323 rooms and Zoom Rooms. This improves calendar integration with SIP/H.323 rooms by:

- Allows adding and managing of SIP/H.323 rooms calendar services and resources without adding the calendar mailbox address first
- Supporting OAuth authorization for Office 365/Exchange and Google calendar services
- Support for impersonation for Office 365/Exchange calendar services
- Automatic syncing of calendar resources

**Mute sync with Cisco and Poly devices**- The enhanced Room Connector API allows for mute/unmute syncing between the Zoom meeting interface/Cloud Room Connector and a Cisco or Poly SIP/H.323 device. If the participants in the room mute the device using the remote or local interface, the mute status will sync with their Zoom audio status, and vice versa as well.

**API Connector Scalability**- With the enhanced API Connector, users can manage up to 400 devices per API Connector, allowing for greater scalability while utilizing fewer virtual machines.



*See Enhanced Zoom Connector for SIP/H.323 devices*, ZOOM (last visited Dec. 11, 2021), https://support.zoom.us/hc/en-us/articles/360052154312-Enhanced-Zoom-Connector-for-SIP-H-323-devices.

Once the SIP link is provided, the Zoom Phone program recognizes the SIP link to permit users to select SIP links that enable VoIP service within Zoom through highlighted links within the Zoom interface. Doing so allows users to start the meeting through a Zoom desktop client, the Zoom mobile app, a web browser, or an H.323 or SIP device.

33184347.v1

For example, Zoom Phone's SIP-connected audio allows Zoom to create a SIP trunk private connection between a client's network and Zoom's cloud-based VoIP service. Once a user is linked in, meeting participants are connected into the meeting over the SIP trunk.

### All About SIP-Connected Audio

With SIP-connected audio, we establish a SIP trunk (a network connection specifically designed to make and deliver phone calls) over a direct and private connection between the customer's network and the Zoom cloud. Meeting participants that dial into a meeting or have the meeting call them, and are "on net" from the perspective of the customers IP telephony network, will be connected over this trunk rather than over the Public Switched Telephone Network (PSTN aka phone lines). This connection is secure and reliable, and saves money compared to PSTN rates and fees.

Zoom is very flexible in our support for SIP-connected audio. We can easily combine SIP-connected audio with Zoom PSTN dial-in and call-out services in order to cover all your phone users around the globe. Now Zoom can intelligently control which calls will traverse the SIP trunk, and can support call-out to internal extension-only phones. For example, you can designate that calls to and from specific countries go over the SIP trunk. And because we are standards based, we are not prescriptive about what brand of communications manager or border elements are used in the customer's network, or which telecommunications vendor the customer may choose for establishing the direct connection between our network and yours. This feature is available as part of our Enhanced Audio plan.

*See* Walt Anderson, *Zoom Releases SIP-Connected Audio & Other New Audio Features*, ZOOM (Aug. 29, 2018), https://blog.zoom.us/zoom-releases-sip-connected-audio-other-new-audio-features/.

Further, on a softphone, by pressing the "Meet" button on the Zoom Phone, a phone call is elevated to a Zoom meeting. The call flip feature also allows users to switch devices, which can include desktop computers, SIP phones, or desk phones, while having access to VoIP services.



*See Getting Started with Zoom Phone (users)*, ZOOM (last updated Mar. 22, 2022), https://support.zoom.us/hc/en-us/articles/360028936531-Getting-started-with-Zoom-Phone-users-#h_a8d4616d-9866-4852-a43a-52bbd2a0c0d6.

**CONFIDENTIAL**



*See VoIP Service from Zoom*, ZOOM (last visited Apr. 25, 2022), https://explore.zoom.us/en/voip-service/.

| | | *See Starting a meeting from a SIP/H.323 endpoint*, ZOOM (last updated Dec. 23, 2021), https://support.zoom.us/hc/en-us/articles/201854563-Starting-a-meeting-from-a-SIP-H-323-endpoint.  *See Starting or joining a meeting as the host*, ZOOM (last updated Oct. 28, 2021), https://support.zoom.us/hc/en-us/articles/201362423. |
| | passing the link as a parameter to permit external access to an invoked service function to provide voice communication capabilities for the software application. | The Zoom Phone platform performs the step of passing the SIP link as a parameter to permit external access to an invoked service function to provide voice communication capabilities for the Zoom Phone. For example, when a Zoom user clicks a SIP link in a Zoom invitation, the link is passed to a Zoom application as a parameter to allow users to enable voice over Internet service the meeting through a Zoom desktop client, the Zoom mobile app, a web browser, or an H.323 or SIP device. Zoom's VOIP phone service specifically runs the servers that host calls and use SIP service to connect calls to other phone networks. To enable voice over Internet service, the Zoom phone uses SIP signaling between the client and the server. |

**All About SIP-Connected Audio**

With SIP-connected audio, we establish a SIP trunk (a network connection specifically designed to make and deliver phone calls) over a direct and private connection between the customer's network and the Zoom cloud. Meeting participants that dial into a meeting or have the meeting call them, and are "on net" from the perspective of the customers IP telephony network, will be connected over this trunk rather than over the Public Switched Telephone Network (PSTN aka phone lines). This connection is secure and reliable, and saves money compared to PSTN rates and fees.

Zoom is very flexible in our support for SIP-connected audio. We can easily combine SIP-connected audio with Zoom PSTN dial-in and call-out services in order to cover all your phone users around the globe. Now Zoom can intelligently control which calls will traverse the SIP trunk, and can support call-out to internal extension-only phones. For example, you can designate that calls to and from specific countries go over the SIP trunk. And because we are standards based, we are not prescriptive about what brand of communications manager or border elements are used in the customer's network, or which telecommunications vendor the customer may choose for establishing the direct connection between our network and yours. This feature is available as part of our Enhanced Audio plan.

*See* Walt Anderson, *Zoom Releases SIP-Connected Audio & Other New Audio Features*, ZOOM (Aug. 29, 2018), https://blog.zoom.us/zoom-releases-sip-connected-audio-other-new-audio-features/.

# Why Switch to Zoom Phone?

Zoom Phone is a business phone service that enables firms of any size to thrive in the business communications world of today, while preparing for the workplace of tomorrow. Zoom Phone utilizes Voice Over Internet Protocol (VoIP) technology, utilizing your existing internet connection to make calls.

26
**CONFIDENTIAL**

33184347.v1

*See Small Business VoIP Service Made Easy*, ZOOM (last visited May 13, 2022), https://explore.zoom.us/en/small-business-phone-service/.

# Zoom Phone desktop client and mobile app

On **versions 5.0.0** and higher, Zoom Phone supports SIP signaling between client and/to server over TLS1.2 with AES-256 bit encryption. Media call is transported and protected by SRTP with AES-256 encryption.

# Zoom Phone devices

Zoom Phone supports standards-based encryption using SIP over TLS 1.2 Advanced Encryption Standard (AES) 256-bit algorithm for calls and during phone provisioning sessions. In addition, call media is transported and protected by SRTP with AES-128 algorithm for all devices. Zoom Phone admins can upgrade to AES-256 bit encryption for supported devices. Learn more about **certified devices**.

*See Encryption for Zoom Phone*, ZOOM (last updated April 14, 2022), https://support.zoom.us/hc/en-us/articles/360042578911.

33184347.v1

## Starting a meeting from a SIP/H.323 endpoint

Last Updated: December 23, 2021

You can start a meeting from an H.323 or SIP device by using your host key or pairing from the web. When a SIP/H.323 device starts a meeting using the host key, unlike other Zoom clients or Zoom Rooms only certain host functions are available:

- Lock/Unlock Meeting
- Start/Stop cloud recordings
- Show Participants and allow All within Waiting Room
- Mute participants upon Entry
- End the meeting

**Note**: Even if joining using the host key or via pairing, they will still show as "Guest" to other participants in the meeting. Due to this, participants joining using other Zoom clients may see the notification "Host is not in the meeting yet", even though the device has joined as host.

This article covers:

- How to include the Host Key in the Dial String
  - H.323
  - SIP
- How to enter the Host Key on the Splash Screen
- How to join via Pairing
- How to access the host options

*See Starting a meeting from a SIP/H.323 endpoint*, ZOOM (last updated Dec. 23, 2021), https://support.zoom.us/hc/en-us/articles/201854563-Starting-a-meeting-from-a-SIP-H-323-endpoint.

## Starting or joining a meeting as the host

Last Updated: October 28, 2021

If you are the meeting host and need to start or join a scheduled meeting, there are several ways that you can join the meeting. As the host, you can start the meeting from the Zoom desktop client for macOS, Windows, or Linux, the Zoom mobile app for Android or iOS, your web browser, or an H.323 or SIP device.

You can start a meeting by phone as the host using your host key. **Learn more about starting a meeting by dial-in.**

**Note**: If you are invited to another Zoom user's meeting, **learn how to join the meeting.**

33184347.v1

*See Starting or joining a meeting as the host*, ZOOM (last updated Oct. 28, 2021), https://support.zoom.us/hc/en-us/articles/201362423.

Further, through the Zoom Room Connector, a user can enter an IP address or SIP URI, and select whether the user would like to make an H.323 or SIP call.

# Inviting a SIP/H.323 room system to a meeting

Last Updated: December 10, 2021

The H.323/SIP Room Connector add-on allows you to dial out to an H.323 or SIP room system from the Zoom Client using the public IP address or SIP URI assigned to the device.

*See Inviting a SIP/H.323 room system to a meeting*, ZOOM (last updated Dec. 10, 2021), https://support.zoom.us/hc/en-us/articles/203736425-Inviting-a-SIP-H-323-room-system-to-a-meeting.

33184347.v1